# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Chambers of<br>**STEVEN C. MANNION**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 645-3827 |

April 10, 2017

## LETTER ORDER/OPINION

Re:  Love v. New Jersey Dep't of Corrections, et al.
     Civil Action No. 15cv4404 (SDW)(SCM)

Dear Litigants:

The parties conferenced this matter today. For the reasons set forth on the record: (1) Plaintiff Lemont Love ("Mr. Love") has withdrawn his request to amend his Amended Complaint[1] and shall serve the State Defendants with a revised proposal for their consent within 14 days; (2) Mr. Love's numerous letters concerning discovery disputes filed since December 2016, have not presented a complete record of the at-issue disputes, so the Court will not further consider those requests. Instead, Mr. Love has 14 days to submit a complete record per Paragraph 3 of the Supplemental Scheduling Order being issued this day. The State Defendants will have 10 days to respond to Mr. Love's informal discovery motion; (3) The State Defendants have been informed that if they can request for example, copies of any prisoner complaints respectively against them, those documents are within their possession, custody or control,[2] and shall amend their discovery

---

[1] (ECF Docket Entry No. ("D.E.") 78, 79).

[2] *See Lamon v. Adams*, 2014 WL 309424 (E.D. Cal. 2014)(citing *L.H. v. Schwartzenegger*, 2007 WL 2781132 at 2 (E.D.Cal. Sep.21, 2007)).

responses within 14 days to include a privilege/confidentiality log for responsive documents withheld from discovery;³ (4) The State Defendants will also consider whether their counsel has or will be granted authority to accept discovery subpoenas from Mr. Love for relevant discovery within the State of New Jersey's control that is not within their respective control to expedite the completion of discovery in this matter; and (5) Defendant Nogan shall provide a certified response to Mr. Love's interrogatory demand within 10 days. The Clerk of the Court shall provide a copy of this Order to the Plaintiff.

**IT IS SO ORDERED.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

4/10/2017 4:43:44 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File

Mr. Lemont Love
670637/331321C
East Jersey State Prison
Lockbag R
Rahway, NJ 07065

---

³ *See Torres v. Kuzniasz*, 936 F. Supp. 1201, 1206 (D.N.J. 1996).