# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Chambers of<br>**STEVEN C. MANNION**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 645-3827 |

July 25, 2017

### LETTER ORDER-OPINION

Re:   D.E. 96, 97, 101, 120

      Love v. New Jersey Dep't of Corrections, et al.
      Civil Action No. 15cv4404 (SDW)(SCM)

Dear Litigants:

Plaintiff Lemont Love ("Mr. Love") has submitted informal motions for a protective order;[1] to strike;[2] for class certification;[3] to serve additional interrogatories;[4] and to extend the discovery end date.[5] Each of those requests are addressed below. Mr. Love's informal motions to file an amended complaint[6] and to compel discovery[7] will be addressed in separate writings.

---

[1] (ECF Docket Entry No. ("D.E.") 96).

[2] (D.E. 97).

[3] (D.E. 100).

[4] (D.E. 101).

[5] (D.E. 120).

[6] (D.E. 99).

[7] (D.E. 103).

1. D.E. 96, Protective Order

Mr. Love requests an order protecting unnamed witnesses from misconduct by unnamed employees of East Jersey State Prison. He has not provided the Court with sufficient information to evaluate this request or to fashion any relief. His request is therefore denied without prejudice.

2. D.E. 97, 101 Motions to Strike and to Serve Additional Interrogatories

The informal motions to strike and to serve additional interrogatories are incomplete discovery applications, i.e., they do not comply with the requirements set forth in Paragraph 3 of the Supplemental Scheduling Order filed on April 10, 2017.[8] Mr. Love has also not shown good cause for the relief requested. Therefore, those requests are denied without prejudice.

3. D.E. 100, Class Certification

Mr. Love is a *pro se* non-attorney and wishes to file a motion for class certification.[9] Only attorneys may represent others in federal cases.[10] Therefore, a non-attorney such as Mr. Love cannot represent any other person in federal court.[11] The relief requested is therefore denied.

4. D.E.120, Motion to Extend Discovery

Requests for extensions of deadlines are governed by Local Rule.[12] The fact discovery end date in this matter was set for June 9, 2017.[13] By letter received June 8, 2017, Mr. Love requested

---

[8] (D.E. 94, Order at ¶ 3).

[9] (D.E. 100).

[10] *A.H. v. South Orange Maplewood Bd. of Educ.*, 153 Fed. Appx. 863 (3d Cir. 2005), cert. den., 549 U.S. 945 (2006).

[11] *Lazaridis v. Wehmer*, 591 F.3d 666, 672 (3d Cir. 2010).

[12] See L.Civ.R. 6.1.

[13] (D.E. 93).

an extension of the fact discovery end date so that he could serve subpoenas.[14] The Clerk's Office has mailed form subpoenas to Mr. Love and he has already received this Court's opinion regarding the service of subpoenas. The Officer Defendants do not oppose this request.[15] The informal motion is therefore granted.

The Clerk of the Court shall provide a copy of this Order to Plaintiff, Mr. Love.

**IT IS SO ORDERED.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

7/25/2017 2:00:27 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File

Mr. Lemont Love
670637/331321C
East Jersey State Prison
Lockbag R
Rahway, NJ 07065

---

[14] (D.E. 120).

[15] (D.E. 124).