# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**STEVEN C. MANNION**
**United States Magistrate Judge**

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-3827

January 17, 2018

### LETTER ORDER-OPINION

  Re: [D.E. 157]
     Love v. New Jersey Department of Corrections *et al*.
     Civil Action No. 15-cv-4404 (SDW) (SCM)

Dear Litigants:

  Before this Court is Plaintiff Lemont Love's ("Mr. Love") informal motion for leave to serve additional interrogatories.[1] Defendant Corrections Officers Gerald Doyle, Ruben Morales, and Robert Wasik, and Administrator Patrick Nogan ("Mr. Nogan") (collectively, "State Defendants") oppose the motion.[2] The Court has reviewed the parties' respective submissions and decides the issues without oral argument. For the reasons set forth herein, Mr. Love's informal motion is **denied**.

  Mr. Love seeks to serve additional interrogatories on Mr. Nogan.[3] He posits that the additional interrogatories are required because Mr. Nogan allegedly came to his cell, upon learning of this lawsuit, ". . . and retaliated" against Mr. Love.[4] Mr. Love's application to add these new

---

[1] (D.E. 157, Pl.'s Motion).

[2] (D.E. 166, Defs.' Opp.).

[3] (D.E. 157, Pl.'s Motion)

[4] (D.E. 157-1, Pl.'s Br., at 1–2)

allegations to this case, however, was denied,[5] and Judge Wigenton affirmed this Court's order on November 13, 2017, finding it "[in]appropriate to supplement the First Amended Complaint with these new causes of action."[6]

The sole purpose of discovery is to add flesh for trial on the parties' respective claims and defenses in the given action. Discovery is not a fishing expedition for potential claims.[7] The requested additional interrogatories are not relevant to this litigation and therefore the motion is **denied**. The Clerk of Court will mail a copy of this Order to Mr. Love.

**IT IS SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/17/2018 9:39:43 AM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File

Mr. Lemont Love
670637/331321C
East Jersey State Prison
Lockbag R
Rahway, NJ 07065

---

[5] (D.E. 144, Opinion)

[6] (D.E. 159, Opinion, at 3).

[7] *Smith v. Lyons, Doughty & Velduius, P.C.*, 2008 WL 2885887, at *5 (D.N.J. July 23, 2008).

2